UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE LEE d/b/a Chinese Tea Garden | CIVIL ACTION |
| VERSUS | NO: 07-9784 |
| UNITED NATIONAL INSURANCE CO. | SECTION: "A" (4) |

### **ORDER**

On February 20, 2008, the Court entered an order granting summary judgment based on prescription. The Court later vacated that order and the final judgment upon being informed that Plaintiff had not been served with a copy of the motion for summary judgment.

On March 17, 2008, Plaintiff filed an opposition to the motion. In that opposition Plaintiff argues that the claim is not prescribed because Louisiana law allows a 10 year prescriptive period for breach of contract.

Louisiana law does not preclude parties from shortening the prescriptive period applicable to a personal action. See La. Civ. Code art. 3471. Plaintiff's policy requires that a legal action be brought within 2 years after the date on which the loss occurred. (Rec. Doc. 7, Exh. 1). Thus, 10 year prescription does not apply and for the reasons previously assigned (Rec. Doc. 11) the motion for summary judgment is GRANTED.

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 7)** filed by defendant United National Insurance Co. is **GRANTED**. Plaintiff's complaint is dismissed.

April 1, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE